```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUDITH ADELA FERNANDEZ MARTINEZ,

                                  Plaintiff,

             -against-

TAO GROUP OPERATING LLC,

                                Defendant.
-----------------------------------------------------------------X

25-CV-7731 (JHR) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on October 30, 2025 (doc. no 10) the Initial Case Management Conference currently scheduled for **December 15, 2025** is hereby adjourned *sine die*.

        SO ORDERED.

DATED:     New York, New York
               October 31, 2025

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge